UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATOYA MORGAN** | **CIVIL ACTION NO: 2:21-cv-00172** |
| v. | SECTION: |
| LCMC | MAGISTRATE: |

## MOTION TO WITHDRAW AS COUNSEL

On this motion of Veleka Eskinde, counsel of record for LaToya Morgan, and on suggesting to the court that mover desires to withdraw as attorney of record for LaToya Morgan for good cause, and:

1. that a copy of original correspondence to Ms. Morgan is attached with tracking information is attached.

2. A copy of the instant filing has also been emailed as of this date along with information concerning tomorrows' conference.[1]

3. That counsel has updated the information concerning Ms. Morgan's telephone number and email address that are on file.

4. That this motion has not been in bad faith.

**WHEREFORE** counsel moves that she be allowed to withdraw as counsel of record in the above-captioned matter.

Respectfully Submitted,

_/s/ Veleka Eskinde_
**VELEKA ESKINDE, ESQ. LSBN 28305**
3205 Orleans Ave
New Orleans, LA 70119

---

[1] Undersigned filed an earlier motion to withdraw on June 16, 2022, which was deficient because of her oversight to include Ms. Morgan's phone number.

Phones: (877) 769-7826
Email: *velekaeskindelaw@gmail.com*

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 1.16 of the Rules of Professional Conduct, I have made a good faith attempt to notify my client, LATOYA MORGAN, in writing of my withdrawal at her last known address:

*5616 MacArthur*
*New Orleans, LA 70131*
*(504) 373-7752*
*Email: latoyacastropetty@gmail.com*

and a copy of the written communication is attached to this motion. I further certify that I have served a copy of the Above Motion to Withdraw upon counsel and all parties on this 27th day of July 2022 via email and/or ECF.

*/s/ Veleka Eskinde*